WILLIAM ROSENSTEIN, Appellant, *v.* SAMUEL SCHNEIDER-MAN, Respondent.

*Appeal — order of Appellate Division affirming order dismissing complaint on ground it did not state cause of action — appeal to Court of Appeals without permission dismissed.*

*Rosenstein* v. *Schneiderman*, 216 App. Div. 849, appeal dismissed. (Argued January 11, 1927; decided January 25, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 21, 1926, which affirmed an order of the Kings County Court granting a motion for a dismissal of the complaint on the ground that upon the face thereof it did not state facts sufficient to constitute a cause of action.

*Charles Berlin, Robert B. Wilkes* and *Emanuel Rosenstein* for appellant.
*Walter M. Effross* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.